No. 261, Misc. ENNEKING ET AL. *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

MARCH 20, 1970

No. 1773, Misc. PELLITIER *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 23, 1970

No. 696. LAW STUDENTS CIVIL RIGHTS RESEARCH COUNCIL, INC., ET AL. *v.* WADMOND ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 396 U. S. 999.] Motion of appellants for permission for two attorneys to participate in oral argument and for additional time for oral argument denied. *Alan H. Levine* for Law Students Civil Rights Research Council, Inc., et al., and *Leonard B. Boudin* for Wexler et al., on the motion.